# NO. 12-23-00053-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL ACREA AND LARRY ACREA, INDIVIDUALLY AND AS TRUSTEES OF THE BETTY J. ACREA TRUST,*<br>*APPELLANTS* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *LORI LOUGHRY AND AMERICAN NATIONAL BANK OF TEXAS,*<br>*APPELLEES* | § | *VAN ZANDT COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellants Mike Acrea and Larry Acrea, Individually and as Trustees of the Betty Jane Acrea Trust filed an unopposed motion to dismiss this appeal. The motion states that the parties agreed to a settlement and Appellants no longer desire to pursue the appeal. Accordingly, the motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered May 10, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 10, 2023**

**NO. 12-23-00053-CV**

**MICHAEL ACREA AND LARRY ACREA, INDIVIDUALLY
AND AS TRUSTEES OF THE BETTY J. ACREA TRUST,**
Appellants
V.
**LORI LOUGHRY AND AMERICAN NATIONAL BANK OF TEXAS,**
Appellees

Appeal from the 294th District Court
of Van Zandt County, Texas (Tr.Ct.No. 19-00277)

THIS CAUSE came on to be heard on the unopposed motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*